In the Matter of the Application of MERCANTILE PROPERTIES, INC., for an Order of Certiorari to Review the Determination of the State Tax Commission Fixing Certain Taxes on MERCANTILE PROPERTIES, INC., for the Years 1931, 1932 and 1933.— Review by certiorari of a final determination of the State Tax Commission made on September 24, 1934, affirming annual corporation franchise taxes assessed against petitioner under section 182 of the Tax Law for the tax years 1931, 1932 and 1933. The question here is whether interest paid on certain bonds to non-stockholders came within the definition of interest paid on debenture bonds under section 182 of the Tax Law. The petitioner purchased certain real estate and placed a first mortgage thereon. It also issued the bonds in question, using the proceeds of their sale toward the acquisition of the real estate, and entered into a trust agreement by which it assigned to the trustee the moneys to be paid as rent under leases of the property. It claims that because these bonds were thus secured they were not debenture bonds. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

FLORENCE DINEGAR, Appellant, v. EDWARD C. SWEENEY, Individually and Doing Business under the Firm Name and Style of " THE NEW WORDEN HOTEL," Respondent.— Appeal from an order setting aside the verdict in favor of the plaintiff, and the judgment entered thereon. Plaintiff was injured on May 19, 1936, by falling on an outside cement stairway, consisting of nine steps, leading from the sidewalk level to a restaurant in the basement of defendant's hotel. The evidence indicates that plaintiff slipped upon a leaf which had fallen from an elm tree, in a rain storm which was accompanied by wind. The evidence indicates that a limited number of leaves had fallen upon the stairs. Negligence on the part of defendant is not shown. A sufficient time had not elapsed to establish constructive notice. Plaintiff did not use the handrail. These were outside stairs, properly constructed, and the condition was obvious. Order and judgment affirmed, with costs. Hill, P. J., McNamee and Crapser, JJ., concur; Rhodes and Bliss, JJ., dissent.